UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00097 |
| | ) | JUDGE SHARP |
| TAMMY BRISTOW [13] | ) | |

### O R D E R

Pending before the Court is Defendant's Motion to Set Change of Plea Hearing (Docket No. 530).

The motion is GRANTED, and a change of plea hearing is hereby scheduled for Thursday, July 24, 2014, at 2:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE